

## SO ORDERED.

### SIGNED this 21 day of June, 2010.

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SUNSHINE ENERGY TN I, LLC, | * | CASE NO. 2:10-bk-51484 |
| | * | Chapter 11 |
| Debtor | * | |

### ORDER

The Debtor has filed a Motion for Additional Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Motion"). It appearing that all affected parties have been served with copies of the Motion and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Motion is granted and the Debtor is granted additional time, through July 15, 2010, in which to file the Schedules of Assets and Liabilities and Statement of Financial Affairs.

###

**APPROVED FOR ENTRY:**

*s/Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801
dessauer@hsdlaw.com

DESSAUER: S-T
SUNSHINE ENERGY TN I, LLC
SUNS1.86334