**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| **SUNSHINE ENERGY TN I, LLC,** | * | CASE NO. 2:10-bk-51484 |
| | * | **Chapter 11** |
| Debtor | * | |

# LIST OF CREDITORS HOLDING
# 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| CREDITOR | NATURE OF CLAIM | IS CLAIM CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM |
|---|---|---|---|
| Management Properties, Inc.<br>c/o Rick J. Bearfield, Esq.<br>Post Office Box 4210<br>Johnson City, Tennessee 37602-4210 | Obligations Under Lease | Disputed | Unknown |
| Sara G. MacLean, The Linda R. MacLean Irrevocable Trust, John Cummins, Michael Cummins, Anthony Cummins and Kevin Cummins<br>c/o Rick J. Bearfield, Esq.<br>Post Office Box 4210<br>Johnson City, Tennessee 37602-4210 | Obligations Under Lease | Disputed | Unknown |
| MacLean, Inc.<br>c/o Rick J. Bearfield, Esq.<br>Post Office Box 4210<br>Johnson City, Tennessee 37602-4210 | Obligations Under Lease | Disputed | Unknown |
| McDonald's Corporation<br>c/o Walter N. Winchester, Esq.<br>800 S. Gay Street, Suite 100<br>Knoxville, Tennessee 37929 | Obligations Under Lease | Disputed | Unknown |
| Sunshine Energy, LLC<br>c/o Roger Dade, General Counsel<br>9218 Metcalf Avenue, #383<br>Overland Park, Kansas 66212 | Loans or Advances of Money | May be subject to setoff | $138,000.00 |

**Date:**  June 22, 2010.

                              **HUNTER, SMITH & DAVIS, LLP**

By:    _/s/Mark S. Dessauer_____
         Mark S. Dessauer, Esq.
         TN BPR NO. 010421
         Attorney for Debtor,
         Sunshine Energy TN 1, LLC
         Post Office Box 3740
         Kingsport, Tennessee  37664
         (423)  378-8840; Fax: (423) 378-8801
         dessauer@hsdlaw.com

DESSAUER: S-T
SUNSHINE ENERGY TN I, LLC
SUNS1.86334